IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, DIAMOND RESORTS HAWAII COLLECTION DEVELOPMENT, LLC, and DIAMOND RESORTS MANAGEMENT, INC., Plaintiffs, | ) ) ) ) ) ) ) ) | No. 3:20-CV-00251 JUDGE CORKER MAGISTRATE JUDGE POPLIN |
| v. | ) ) | |
| WESLEY FINANCIAL GROUP, LLC, and CHARLES WILLIAM MCDOWELL, III, Defendants. | ) ) ) ) | |

## PLAINTIFFS' SUPPLEMENTAL BRIEF PURSUANT TO LR 7.1(d) REGARDING MOTIONS FOR SANCTIONS

Pending before the Court are Plaintiffs' Motion for Sanctions for Wesley's failure to comply with the Court's Reconsideration Order filed on December 5, 2022 [D.E. 116] (the "First Motion for Sanctions"), and Plaintiffs' Motion for Sanctions related to Defendants' non-compliance with the AEO provisions of Discovery Confidentiality Order, filed on January 17, 2023 [D.E. 139] (the "Second Motion for Sanctions" and with the First Motion for Sanctions, the "Motions for Sanctions"). The Motions for Sanctions have been fully briefed, including supplemental briefing ordered by the Court after hearing oral argument on these motions in April 2023.

Among other things, the "legitimacy" of Wesley's business practices, and the supposed harm it would suffer without AEO protection, was fundamental to the Court's AEO Order, and underlies both Motions for Sanctions. As this Court is aware, there is a case pending in the Middle District of Tennessee

1

6209485.1

Case 3:20-cv-00251-DCLC-DCP    Document 189    Filed 08/24/23    Page 1 of 3
PageID #: 2928

alleging nearly identical claims against Wesley Financial Group and Charles McDowell, *Westgate Resorts, Ltd. v. Wesley Financial Group, LLC*, M.D. Tenn. Case No. 3:20-cv-00599 ("*Westgate*"). On August 8, 2023, the Honorable Aleta Trauger entered orders on the parties' competing summary judgment motions. In doing so, Judge Trauger granted in part Westgate's Motion for Summary Judgment, concluding that Wesley is engaged in the unlicensed practice of law, and doing so violates the Tennessee Consumer Protection Act. In other words, Wesley's business practices are not "legitimate" and the *Westgate* Court's summary judgment orders provide additional support for granting the Motions for Sanctions.

Copies of Judge Trauger's Memorandum regarding Westgate's Motion for Partial Summary Judgment, and Memorandum regarding Defendants' Summary Judgment Motions are attached hereto as Exhibits "1" and "2," respectively. As the briefing on the pending Motions for Sanctions has been extensive, Plaintiffs provide the same for the Court's consideration, without further argument.

Respectfully submitted this 24th day of August, 2023.

s/<u>Robert L. Vance</u>
Gregory C. Logue (BPR No. 012157)
Robert L. Vance (BPR No. 021733)
WOOLF, MCCLANE, BRIGHT, ALLEN
& CARPENTER, PLLC
P.O. Box 900
Knoxville, TN 37901
Telephone: (865) 215-1000
glogue@wmbac.com
bvance@wmbac.com

Richard W. Epstein (FL Bar No. 229091)
Admitted pro hac vice
Jeffrey Backman (FL Bar No. 662501)
Admitted pro hac vice
B. Eliot New (FL Bar No. 1008211)
Admitted pro hac vice
Greenspoon Marder LLP
200 E. Broward Blvd., Suite 1800
Fort Lauderdale, FL  33301
Telephone:  (954) 491-1120
Facsimile:  (954) 343-6958
richard.epstein@gmlaw.com
jeffrey.backman@gmlaw.com
eliot.new@gmlaw.com

Phillip A. Silvestri (NV Bar No. 11276)
Admitted pro hac vice
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Suite 400
Las Vegas, NV  89169
Telephone:  (702) 978-4249
Facsimile:  (954) 333-4256
phillip.silvestri@gmlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, a copy of the foregoing Supplemental Brief was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

s/   Robert L. Vance
Robert L. Vance, Esq., BPR #021733
WOOLF, McCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee  37901-0900
(865) 215-1000